UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERNAL GEORGE GARVEY,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 3:19-CV-6172-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: February 7, 2020 |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Vernal George Garvey, proceeding *pro se*, filed an proposed Habeas Corpus Petition on December 5, 2019. Dkt. 1.  On December 9, 2019, the Clerk of Court sent Petitioner a letter notifying Petitioner that he failed to submit a complete application to proceed IFP or pay the filing fee. Dkt. 2. The Clerk of Court warned Petitioner that if he did not respond to the letter by January 8, 2020 the action may be subject to dismissal. *Id*.

Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed a complete application to proceed IFP. As Petitioner has failed to prosecute this

1  case, the Court recommends this case be dismissed without prejudice. Based on the foregoing,

2  the Court also recommends denying a certificate of appealability and IFP status on appeal.

3  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

4  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

5  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

6  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

7  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on Feburary

8  7, 2020 as noted in the caption.

9  Dated this 16th day of January, 2020.

_____
David W. Christel
United States Magistrate Judge